**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 1, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

MICHEAL BACA; POLLY BACA;
ROBERT NEMANICH,

     Plaintiffs - Appellants,

v.

COLORADO DEPARTMENT OF
STATE,

     Defendant - Appellee.
------------------------------

INDEPENDENCE INSTITUTE;
DAVID G. POST; DEREK T. MULLER;
MICHAEL L. ROSIN; ROBERT M.
HARDAWAY, Professor of Law,
University of Denver Sturm College of
Law; COLORADO REPUBLICAN
COMMITTEE,

     Amici Curiae.

No. 18-1173
(D.C. No. 1:17-CV-01937-WYD-NYW)
(D. Colorado)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **BRISCOE, HOLMES,** and **McHUGH**, Circuit Judges.
_____

This matter is remanded to the district court with instructions to conduct any

further proceedings that may be necessary in light of the Supreme Court's decisions

_____

[*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel. But it may be cited for its
persuasive value. *See* Fed. R. App. P. 32.1; 10th Cir. R. 32.1.

in *Colorado Department of State v. Micheal Baca, et al.*, 140 S. Ct. 2316 (2020)

(mem.) (per curiam), and *Chiafolo, et al. v. Washington*, 140 S. Ct. 2316 (2020).

The Clerk shall issue the mandate forthwith.

Entered for the Court


Carolyn B. McHugh
Circuit Judge